No. 6841.

## BARBER ASPHALT PAVING CO. v. EDWARD C. BYRNES.

### Sylabus.

His Honor, JOHN ST. PAUL, rendered the opinion and decree of the Court, as follows:

For the reasons assigned in *Barber Asphalt Paving Co. V. Mrs. P. L. Bouny, No.* 6818 of our docket, this day decided.

It is ordered that the judgment herein appealed from be affirmed.

Opinion and decree, March 19th, 1917.

Rehearing refused, April 16th, 1917.

Appeal from the Civil District Court, Parish of Orleans, No. 110,380, Division "E"; Honorable George H. Théard, Judge. Affirmed.

E. J. Thilberger, for plaintiff and appellee.

Wm. H. Byrnes, Jr., & Pierre D. Olivier, for defendant and appellant.